April 9, 2025

Case# 25CV1613-NCM

Index Number CV-022485-23/KI ICJ

ORIGINAL

Plantiff Kiesha JONES

Will go forward with the hearing, To see If this Loan was satisfied over If I over paid, or If the Loan was Loan cancel.

Kiesha Jones

REC'D IN PRO SE OFFICE
APR 9 25 AM 10:57





**GREAT LAKES**
2401 INTERNATIONAL LN
MADISON WI 53704

U.S. Department of Education
Information about your federal student loan

**EASIER WAYS TO PAY**

- Make a payment online at mygreatlakes.org/go/onlinepayment
- Sign up for AutoPay at mygreatlakes.org/go/autopay
- Pay by phone, go paperless, or call with questions at (800) 236-4300, (608) 246-1700, or TTY: 711.

November 3, 2019

*Handwritten:* Index 10  EY0228452311F  Case 25CV1613 NCM

#BWNKPXF
#6160179180000007# BS
KIESHA S. JONES
1358 NEW YORK AVE APT 3B
BROOKLYN NY 11210-6230

**Check Out Our Knowledge Center**

Knowledge Center, available on the Great Lakes website, is your one-stop shop to explore a variety of resources that can help you better understand your federal student loan. Check it out today!

mygreatlakes.org/go/knowledgecenter

## Billing Statement

**CURRENT INFORMATION AS OF 11/03/2019**

| | |
|---|---|
| Payment(s) received in the last 30 days | $0.00 |
| Scheduled Monthly Payment | $52.33 |
| Amount Past Due | $0.00 |

**Total Amount Due** $52.33
**Total Due By** 11/24/2019

* Please see reverse side for important disclosure information.

Payment Reference Number 6160179180010209

**BALANCE OVERVIEW**

This bill has 2 accounts.
Please see the Accounts in this Statement page.

| | |
|---|---|
| Original Loan Amount (Disbursed) | $6,400.00 |
| Total Amount Paid (This amount may include interest, and includes payments made since Great Lakes began servicing your account.) | $4,097.62 |
| Remaining Balance (This is not your payoff amount) | $3,748.93 |



*Handwritten:*
2302.35

6,400.00
−4,097.62
─────
2,302.38

---

↓ Pay online or detach below and return with your payment in the enclosed envelope. ↓

☐ Check to indicate special payment instructions. See reverse side.

| | |
|---|---|
| Scheduled Monthly Payment | $52.33 |
| Amount Past Due | $0.00 |

**Total Amount Due** $52.33
**Total Due By** 11/24/2019

☐ Check to indicate change of contact information. See reverse side.

KIESHA S. JONES
1358 NEW YORK AVE APT 3B
BROOKLYN NY 11210-6230

Please include Payment Reference Number 6160179180010209 on your check

Make check payable and mail with this insert to:

U.S. DEPARTMENT OF EDUCATION
PO BOX 790321
ST. LOUIS, MO 63179-0321

Amount Enclosed    $ _____

4616017 91801 02087