RECD IN PRO SE OFFICE APR 8 '25 PM 3:29

April 8, 2025

I Kiesha Jones March 7, 2025 filed Civil court Kings County, paid In full Loan summary. Federal Student Aid is not head of Student loan. Small business Administration has taken over All Student Loans. Accounts. I'm asking the Judge to please closed or Discontinuing the case. A no show for Nelnet Educational Student Loan network. No Show for us Department of Educational us Department of Education 3rd party Defendants At Civil court Kings County. I Agreement was made on March 7 2025 A paid In Full Letter for Nelnet. Nelnet is not a Federal Agency Nelnet is a private Agency.

*Kiesha Jones*

 **nelnet.** | *Official Servicer of* **Federal Student Aid**

P.O. Box 82561
Lincoln, NE 68501-2561

*Updated to reflect payoff of last account in 2024*

RETURN SERVICE REQUESTED

Kiesha Jones
1646 Amsterdam Ave Apt 2f
Manhatten, NY 10031

March 06, 2025

**INFO:** Your Payment History is Enclosed

Account Number: EXXXXX9796

Dear Kiesha,

As requested, a copy of your payment history is enclosed for your records.

The interest on your student loan(s) is calculated using the daily simple interest method. Your interest accrues at a daily rate based on the principal balance and interest rate of your loan(s). To calculate how much interest has accrued on your account since your last payment or since the interest was last satisfied, do the following:

1) Multiply the principal balance by the interest rate
2) Divide this amount by 365.25, which is the number of days per year
3) Multiply the daily rate by the number of days since your last payment or since the interest was last satisfied
4) This is the amount of interest that has accrued on your account.

Please note that when a payment is received your payment is applied first to interest and then to principal. Please refer to your repayment schedule for detailed information regarding your repayment term.

**On March 27, 2020, the President signed the CARES relief act, which provided an interest waiver effective March 13, 2020. For any loans that had an outstanding balance on or after March 13, 2020, the beginning and end of this period will be noted as "BEGIN TPD INTEREST SUPPRESSION" and "END TPD INTEREST SUPPRESSION". Please note that it is not related to the Total and Permanent Disability Discharge program.**

Questions? We're here for you. Visit Nelnet.studentaid.gov.

Sincerely,

Your Nelnet Customer Service Team

Enclosure

Page 1 of 7

Nelnet is an official servicer of Federal Student Aid, an office of the U.S. Department of Education.

Learn more at StudentAid.gov

Nelnet | P.O. Box 82561 | Lincoln, NE 68501-2561
1-888-486-4722 | Help@Nelnet.studentaid.gov | Nelnet.studentaid.gov

@Nelnet  @Nelnet

**nelnet.** | Official Servicer of **Federal Student Aid**

P.O. Box 82561
Lincoln, NE 68501-2561

*Updated to reflect payoff of last account in 2024*

RETURN SERVICE REQUESTED

Kiesha Jones
1646 Amsterdam Ave Apt 2f
Manhatten, NY 10031

March 06, 2025

**INFO:** Your Payment History is Enclosed

Account Number: EXXXXX9796

Dear Kiesha,

As requested, a copy of your payment history is enclosed for your records.

The interest on your student loan(s) is calculated using the daily simple interest method. Your interest accrues at a daily rate based on the principal balance and interest rate of your loan(s). To calculate how much interest has accrued on your account since your last payment or since the interest was last satisfied, do the following:

1) Multiply the principal balance by the interest rate
2) Divide this amount by 365.25, which is the number of days per year
3) Multiply the daily rate by the number of days since your last payment or since the interest was last satisfied
4) This is the amount of interest that has accrued on your account.

Please note that when a payment is received your payment is applied first to interest and then to principal. Please refer to your repayment schedule for detailed information regarding your repayment term.

**On March 27, 2020, the President signed the CARES relief act, which provided an interest waiver effective March 13, 2020. For any loans that had an outstanding balance on or after March 13, 2020, the beginning and end of this period will be noted as "BEGIN TPD INTEREST SUPPRESSION" and "END TPD INTEREST SUPPRESSION". Please note that it is not related to the Total and Permanent Disability Discharge program.**

Questions? We're here for you. Visit Nelnet.studentaid.gov.

Sincerely,

Your Nelnet Customer Service Team

Enclosure

Nelnet is an official servicer of Federal Student Aid, an office of the U.S. Department of Education.

Learn more at StudentAid.gov

1-888-486-4722 | Nelnet | P.O. Box 82561 | Lincoln, NE 68501-2561
Help@Nelnet.studentaid.gov | Nelnet.studentaid.gov

@Nelnet   @Nelnet

 **Official Servicer of Federal Student Aid**

P.O. Box 82561
Lincoln, NE 68501-2561

ELECTRONIC SERVICE REQUESTED

00012525 019299 030515 1/1 000000 6645516 61045-61045

KIESHA S JONES
1646 AMSTERDAM AVE APT 2F
NEW YORK NY 10031-6151

0071

October 30, 2024

**Info:** If you'd like to pay the student loan(s) in the account below in full, send a payment for $.00 to the address below or pay online at Nelnet.studentaid.gov by the payoff date.*

Dear KIESHA,

Account: EXXXXX9796

To pay your U.S. Department of Education loan(s) in full for the account number listed above, send a payment of $.00 by the payoff date (30 days from the date of this letter).* This payoff amount quote is valid for 30 days from the date of this letter and includes the current principal balance, any outstanding fees and interest, and the interest that will accrue through the payoff date.*

Please note, the payoff amount above is only for your U.S. Department of Education loan(s) serviced by Nelnet. If you have an additional loan(s) serviced by Nelnet, you will receive a separate payoff quote letter for that account(s).

To make your final payment, log in to your Nelnet.studentaid.gov account and choose Make a Payment. You can also pay by phone at 888-486-4722 or mail your payment to the address listed below. If you mail your payment, please write your account number, including the "E" as shown above, on your check or include the bottom portion of your statement.

U.S. Department of Education
P.O. Box 2837
Portland, OR 97208-2837

If you have not yet paid your Department of Education loan(s) in full within 30 days of the date of this letter, you can call us at the phone number below to request an updated payoff quote.

**Questions? We're here for you.** Visit Nelnet.studentaid.gov.

Sincerely,
Your Nelnet Customer Service Team

*The payoff amount provided is accurate based on the status of the account as of the date this letter was created. Any subsequent changes to the account may revise the amount necessary to pay the loan(s) in full.

---

Nelnet is an official servicer of Federal Student Aid, an office of the U.S. Department of Education.

Learn more at StudentAid.gov

Nelnet   |   P.O. Box 82561   |   Lincoln, NE 68501-2561
888-486-4722   |   Help@Nelnet.studentaid.gov   |   Nelnet.studentaid.gov

 @Nelnet   @Nelnet



P.O. Box 82561
Lincoln, NE 68501-2561

## Account Summary for Kiesha Jones
Prepared on March 06, 2025

| Account | Loan | Loan Program and Type* | Subsidy | Principal Balance | Accrued Interest | Fees | Outstanding Balance |
|---|---|---|---|---|---|---|---|
| EXXXXX9796 | 1 | DIRECT STAFFORD LOANS | Subsidized | $0.00 | $0.00 | $0.00 | $0.00 |
| EXXXXX9796 | 2 | DIRECT STAFFORD LOANS | Subsidized | $0.00 | $0.00 | $0.00 | $0.00 |
| EXXXXX9796 | 3 | FFELP STAFFORD LOANS | Subsidized | $0.00 | $0.00 | $0.00 | $0.00 |

*FFELP denotes loans disbursed under the Federal Family Education Loan Program
*Direct denotes loans disbursed by the Department of Education under the Direct Loan Program

Nelnet is an official servicer of Federal Student Aid, an office of the U.S. Department of Education.
Learn more at StudentAid.gov

Nelnet | P.O. Box 82561 | Lincoln, NE 68501-2561
1-888-486-4722 | Help@Nelnet.studentaid.gov | Nelnet.studentaid.gov
@Nelnet  @Nelnet

# CASE SUMMARY

| | | |
|---|---|---|
| Court: | Kings County Civil Court | **Plaintiff(s):**<br>Kiesha Jones |
| Index Number: | CV-022485-23/KI | |
| Case Type: | Civil | vs. |
| Filed Date: | 12/08/2023 | **Defendant(s):**<br>Nelnet Educational Loan Network |
| Classification: | General | |
| Status: | Active | |
| | | **3rd Party Plaintiff(s):**<br>Nelnet Educational Loan Network |
| | | vs. |
| | | **3rd Party Defendant(s):**<br>U.S. Department of Education;<br>U.S. Department of Education |

Cause(s) of Action:   Return of Deposit in the amount of $565.00 with interest from 10/05/2023; Failure to issue a refund in the amount of $565.00 with interest from 10/05/2023; Failure to pay for services rendered in the amount of $260.00 with interest from 10/05/2023; Breach of Contract or Warranty in the amount of $410.00 with interest from 10/05/2023; Failure to provide proper services in the amount of $2,000.00 with interest from 10/05/2023

(P)   Kiesha Jones - 1646 Amsterdam Ave., Apt 2F, New York, NY 10031

(D)   Nelnet Educational Loan Network
      THE SENIAWSKI LAW FIRM PLLC - 157 Columbus Avenue, 4th Floor, New York, NY 10023, (212) 595-4536

(3P)  Nelnet Educational Loan Network
      The Seniaski Law Firm PLLC - 157 Columbus Avenue, 4th Floor, New York, NY 10023, (212) 595-4536

(3D)  U.S. Department of Education
      John L. Durham Esq. - 271 Cadman Plaza East, Brooklyn, NY 11201

This report reflects information recorded as of 04/08/2025 02:39 PM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.



| 1 | Loan Type:<br>**SF - FFEL Stafford Subsidized** | Loan Status:<br>**PF - Paid in Full as of 10/18/2024** | View Loan Details > |
|---|---|---|---|

| Loan Amount:<br>**$3,500** | School Name:<br>03095500 - ASA College | Outstanding Principal Balance:<br>$0 | Aggregate OPB:<br>N/A |
| Loan Date:<br>05/14/2010 | Academic Level:<br>1 - 1st - Fresh. | Outstanding Interest Balance:<br>$0 | Capitalized Interest:<br>$90 |
| Loan Period:<br>10/13/2009 - 06/01/2010 | Federal Loan Servicer:<br>580 - DEPT OF ED/NELNET | Cumulative Disbursed Amount:<br>$3,500 | Most Recent Disbursed Date:<br>05/19/2010 |
| | | | Separate Loan Indicator:<br>N/R |

Federally-Serviced

FILED
MAR 07 2025
CIVIL COURT
KINGS COUNTY

**KNOWLEDGE CENTER**
Knowledge Center Home
FSA Handbook
Knowledge Center FAQ

**TRAINING**
Training Resources
FSA Training Conference
Financial Aid Toolkit

**FINANCIAL AID DELIVERY**
Application & Verification
Calculating Awards & Packaging
Origination & Disbursement
Campus-Based Processing
Return of Title IV Funds
Reconciliation & Closeout
Default Prevention & Management

**TITLE IV PROGRAM ELIGIBILITY**
Title IV Participation Application
Maintain Eligibility
Audit Submission
Appeals
Cybersecurity
School Closures

**MORE INFO**
About NSLDS Professional Access
Help Center
Frequently Asked Questions (FAQ)
Feedback Center
Important Dates
Data Center

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION
PROUD SPONSOR of the AMERICAN MIND

FOIA | Privacy | Notices | usa.gov | ed.gov | Security

## Re: my advise on your dispute with nelnet etc.   Inbox



Johnson Tyler <jtyler@lsnyc.org>

Hi Ms. Jones,

These are the three loans taken out in your name in 2010 to attend ASA College

1. Loan Type Description:DIRECT STAFFORD SUBSIDIZED
   Loan Award ID:*****0299S11G30955002
   Loan Attending School Name:ASA College
   Loan Date:12/17/2010
   Loan Repayment Begin Date:08/01/2011
   Loan Period Begin Date:06/15/2010
   Loan Amount:$700.00
   **Loan Outstanding Principal Balance:$0.00**
   Loan Outstanding Principal Balance as of Date:12/31/2023

2. Loan Type Description:DIRECT STAFFORD SUBSIDIZED
   **Loan Award ID:*****0299S11G30955001**
   Loan Attending School Name:ASA College
   Loan Date:07/28/2010
   Loan Repayment Begin Date:08/01/2011
   Loan Amount:$2,200.00
   Loan Disbursed Amount:$2,200.00
   **Loan Outstanding Principal Balance:$1.00**

3. Loan Type Description:FFEL STAFFORD SUBSIDIZED
   **Loan Award ID:*****0299110030955001**
   Loan Attending School Name:ASA College
   Loan Date:05/14/2010
   Loan Repayment Begin Date:08/01/2011
   Loan Period Begin Date:10/13/2009
   Loan Amount:$3,500.00
   Loan Disbursed Amount:$3,500.00
   Loan Canceled Amount:$0.00