Kiesha Jones
6/16/2025

**ORIGINAL**

Dear, Judge Merle Matash C.
I'm the plaintiff. I'm the plaintiff of case 25-cv-01613. I'm aware your order a join status report by June 16, 2025. I have not yet spoken to defendants counsel, but will email them today. We will submit a status report as soon as we are able to confer. I apologize for not speak to them earlier but I was unsure how to reach them. I have been told by X city Lair Justice Center how to find their contract in we reach out today. Thank for your time.

REC'D IN PRO SE OFFICE
JUN 16 '25 PM2:08

RECEIVED
JUN 16 2025
PRO SE OFFICE