

Barbara L. Seniawski, Esq.
barbara@seniawskilaw.com
212-595-4536

Honorable Natasha C. Merle
United States District Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 10025

June 16, 2025

RE: *Jones v. Nelnet Loan Network et al.*
Civil Action No. CV-25-1613 (NCM)

Dear Your Honor:

I and AUSA Newman made multiple calls and sent multiple emails between June 3, 2025, and today's date to reach out to Plaintiff Jones to meet and confer with her about the lawsuit per the Court's Order and received no responses. This afternoon, Ms. Jones emailed and asked to speak or meet today.

Currently, I am on vacation through June 19 and AUSA Newman is out of the office until June 20.

However, after receiving Ms. Jones' email, I called Ms. Jones twice in transit from the roadside at the number she provided. No one answered. I responded to her email and again asked for clarification about her lawsuit and the relief sought. At the time of this status report, I have not received any email response.

Because Ms. Jones is now willing to speak, but I have been unable to reach her today, respectfully, we join Ms. Jones' request in her recently filed letter (ECF #9) for more time for the parties to speak once AUSA Newman and I are back in the office, e.g., a date during the week of June 23 to June 27, 2025.

Respectfully submitted,
/s/ *Barbara L. Seniawski*
Barbara L. Seniawski
*Counsel for Nelnet*

cc:   By U.S. Mail and Email:
Ms. Kiesha Jones
1646 Amsterdam Avenue, Apt. 2F
New York, NY 10031
joneskiesha060@gmail.com
*Plaintiff pro se*

By ECF:
Edward K. Newman
Assistant United States Attorney

for
Joseph Nocella, Junior
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
*Counsel for U.S. Department of Education*