

**U.S. Department of Justice**

**John Durham**
*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, N.Y. 11201*

June 27, 2025

Honorable Natasha C. Merle
United States District Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 10025

Re:    Jones v. Nelnet Loan Network *et al.*
        Civil Action No. CV-25-1613 (NCM)
        Status Report

Dear Judge Merle:

    Undersigned counsel writes on behalf of the United States Department of Education ("DOE"), defendant herein. Per this Court's June 17, 2025 order, the parties can report as follows. Defendants Nelnet and DOE spoke with Plaintiff Kiesha Jones in a phone conference on June 25, 2025. Counsel for DOE confirmed and certified to Ms. Jones that she owed no money on her loans, and further, that there was no indication of any overpayment on her part.

    Ms. Jones stated today that with this certification she would seek closure and dismissal of the matter.

    We thank the Court for its assistance in this matter.

        Respectfully submitted,

        JOSEPH NOCELLA, JUNIOR
        United States Attorney
        Eastern District of New York

By:    /s/ Edward K. Newman
        EDWARD K. NEWMAN
        Assistant United States Attorney
        271 Cadman Plaza East
        Brooklyn, N.Y. 11201

cc: Kiesha Jones
    Plaintiff *pro se*
    1646 Amsterdam Avenue, Apt. 2F
    New York, NY 10031
    Plaintiff *pro se*

    Barbara Seniawski, Esq.
    Attorney for NelNet