

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 3, 2025

Honorable Joseph Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re:    Status Letter and Consent Request for Extension of Time To File Stipulation of Settlement
              Ebrahim Mohamed et al. v. United States, et al.
              <u>Civ. No. 25-CV-01023 (DeArcy Hall, J.)(Marutollo, M.J.)</u>

Dear Judge Marutollo:

        The United States of America, defendant herein, submits this status letter. As previously noted, all parties have reached an agreement on terms resolving this matter. While the stipulation of settlement and dismissal was due on July 1, 2025, undersigned counsel was unable to complete the execution of the document, due to his absence on family medical leave to care for a relative. All parties expect to be able to file the fully executed document by Monday, July 14, 2025, if not sooner, and request that the Court permit filing by that date. Plaintiff's counsel Jess Berkowitz has been contacted and consents to this request.

.

                                              Respectfully submitted,

                                              JOSEPH NOCELLA, Jr.
                                              United States Attorney

                          By:    <u>/s/ Edward K. Newman</u>
                                    Edward K. Newman
                                    Assistant U.S. Attorney
                                    (718) 254-7000

.cc: Jess Berkowitz, Esq.
     Attorney for Plaintiffs