UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

Kiesha Jones

              Plaintiff,

-against-

Nelnet Educational Loan Network

              Defendant(s).

------------------------------------------------X

**ORIGINAL**

RECEIVED JUL 24 2025 PRO SE OFFICE

NOTICE OF MOTION

1:25 cv 01613

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation of **Kiesha Jones**, sworn to or affirmed **07/18/2025**, 20**25** and upon the complaint herein, plaintiff will move this Court, **Judge Natasha C Merle** U.S.D.J., in room ___, United States Courthouse, Brooklyn, New York 11201, on the **5** day of **August**, 20**25**, at **10:30 AM** or as soon thereafter as counsel can be heard, for an order pursuant to Rule **15** of the Federal Rules of Civil Procedure granting

I am asking for Nelnet Educational Loan Network and Edward Newman to provide documents for the bank the loan was approved. or Return back the $3,750

Dated: **7/18/2025**

Plaintiff Pro Se

Signature: *Kiesha Jones*

Print Name: Kiesha Jones

Address: 1646 Amsterdam Ave Apt #2F
Manhattan NY 10031

Phone #: 914 618-1986
(914) 618-1986

REC'D IN PRO SE OFFICE JUL 24 '25 PM 1:27

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006