U.S. District Court
Eastern District of New York (Brooklyn)
Civil Docket for case #1:25-CV-01613-NCM

Jones V. Nelnet Educational loan
Network et al
Assigned To: Judge Natasha C. Merle
case 28:1346 Breach of Contract
Recovery student Loan

U.S. Department of Education's (ED) Office of Federal Student Aid (FSA) Case Number is #31688942. Paid In Full, they are no open Loans, As A Loan paid in Full. My case is inactive Federal student Aid made a decision, Must have active loan to be qualify. For A refund.



Kiesha Davis
10/21/2025

REC'D IN PRO SE OFFICE
OCT 21 '25 PM 12:53



May 9, 2023

*Re: Closure of ASA College on February 24, 2023*

To Whom It May Concern:

We write from the New York Legal Assistance Group (NYLAG) regarding the closure of ASA College (ASA). As documented below, ASA closed on February 24, 2023.

ASA's accreditor, the Middle States Commission on Higher Education, states that "[o]n February 24, 2023 . . . ASA College closed without prior approval while on adverse action status . . . . [T]he institution is no longer operational." (**Exhibit 1**). The United States Department of Education's Closed School Monthly Report for March 2023 lists ASA College as closed as of February 24, 2023 (**Exhibit 2, page 5**). ASA's closure has been widely reported by the media, including New York Focus (**Exhibit 3**), Inside Higher Education (**Exhibit 4**), and Documented (**Exhibit 5**).

Any former ASA students can contact the New York Legal Assistance Group for *free* legal assistance through our ASA hotline at 212-659-6166 or ASAHotline@nylag.org.

Sincerely,

Jessica Ranucci, Esq.
New York Legal Assistance Group
100 Pearl Street, 19th Floor
New York, NY 10004

The promissonary Notice can't ~~stote~~ be brought back to court again or the ASA Loans. I'm Asking the Judge to Close the case.
10/17/2025 Kiesha Jones
Federal student Aid Agreed
~~I'm they~~ have the money paid

# CLOSED SCHOOL MONTHLY REPORT - SECTION I
## School Closure Records Created during: March 2023

**ASA COLLEGE**
151 Lawrence Street
Brooklyn, NY  11201-5208
Accrediting Agency:  MSACHE

OPE ID: 03095500
FFEL: 030955
FDSLP: G30955

CMO Grantee DUNS: 963965199
Perkins: N/A

Record Holder: State Licensing Agency
    Address: NY State Education Department - Division of College and
             University Evaluation
**Closure Date:**  02/24/2023
Notes: N/A
Student Arrangements: The closed school staff is not aware of any special conditions concerning this closure.

School has not responded to the Department's request for more information.

Student arrangements are unknown.

Contact:   Teresa Martinez (646)428-3748

Main Campus: Located in Region II.

**ASA COLLEGE - MANHATTAN CAMPUS(Additional Location)**
1293 Broadway
New York, NY  10001-2910
Accrediting Agency:  MSACHE

OPE ID: 03095502
FFEL: N/A
FDSLP: N/A

CMO Grantee DUNS: N/A
Perkins: N/A

Record Holder: State Licensing Agency
    Address: NY State Education Department - Division of College and
             University Evaluation
**Closure Date:**  02/24/2023
Notes: N/A
Student Arrangements: The closed school staff is not aware of any special conditions concerning this closure.

School has not responded to the Department's request for more information.

Student arrangements are unknown.

Contact:   Teresa Martinez (646)428-3748

Main Campus: Located in Region II.

**To:** customerservice@studentaid.gov
**Subject:** Re: FSA Feedback Case: # 31688942 [ thread::uoLujLhne4mKaftVZNlsZhg:: ]

Federal student aid needs to provide a I sign a completed promissory note by ASA College please email

On Mon, Oct 6, 2025, 3:47?PM Federal Student Aid Information Center <customerservice@studentaid.gov> wrote:

Case# 1:25 CV-01613



Hello Kiesha,

Thank you for contacting the U.S. Department of Education's (ED's) office of Federal Student Aid (FSA). Your case number is # 31688942. Please keep this number for reference.

According to NSLDS your loans associated with your borrower defense application have already been paid in full or otherwise discharged. Borrowers are eligible for borrower defense relief/refunds only if they have open loans associated with their application. Because your loans have already been paid in full or otherwise discharged, you are not eligible to receive a refund from ASA college loans that were paid in full in 2024. Please contact NELNET at 1-888-486-4722 regarding refunds.

For information about federal student loans, please visit studentaid.gov. If you wish to file a new application, please visit StudentAid.gov/borrower-defense. Must have active loans to qualify.

We hope this information is helpful. We are closing your case at this time. If you have any questions,?reply to this email or?contact us.?Our hours of operation are: Monday: 8 a.m.–9 p.m. Eastern time (ET), Tuesday–Wednesday: 8 a.m.–8 p.m. ET, Thursday–Friday: 8 a.m.–6 p.m. ET, Saturday: Closed and Sunday: Closed. We are closed on all federal holidays.

Sincerely,

Federal Student Aid

*To respond to this email, please reply to this email thread without modifying the Subject line. That way, your response will automatically attach to your case.*

This email was sent by: Office of Federal Student Aid
U.S. Department of Education
400 Maryland Ave. SW,
Washington, DC, 20002, US

Federal Student Aid is agreeing the loans was paid in full, They received the money close the case 10/17/2025

If you wish to contact us, please use the StudentAid.gov contact page. For more information about financial aid, visit StudentAid.gov.

**Federal Student Aid Information Center** <customerservice@studentaid.gov>  Tue, Oct 7, 2025 at 3:55 PM
To: "joneskiesha060@gmail.com" <joneskiesha060@gmail.com>

Case 1:25-cv-01613



Dear Kiesha Jones,

Thank you for contacting the U.S. Department of Education's office of Federal Student Aid. This message is in response to a discrepancy on your *Master Promissory Note* (MPN). Your case number is # 31688942. Please retain this number for reference.

The password is Kieshajones1 for the file. MPN can also be located on your dashboard. We have enclosed the MPN as requested.
[Quoted text hidden]

This email was sent by: Office of Federal Student Aid

U.S. Department of Education

400 Maryland Ave. SW,

Washington, DC, 20002, US

If you wish to contact us, please use the StudentAid.gov contact page. For more information about financial aid, visit StudentAid.gov.

[Quoted text hidden]
[Quoted text hidden]

Case 1:25-cv-01613

  **Gmail**  kiesha jones <joneskiesha060@gmail.com>

---

## [Case #: 31688942] [ thread::uoLujLhne4mKaftVZNIsZhg:: ]
2 messages

---

**Federal Student Aid Information Center** <customerservice@studentaid.gov>  Tue, Oct 7, 2025 at 3:53 PM
To: "joneskiesha060@gmail.com" <joneskiesha060@gmail.com>



Dear Kiesha Jones,

Thank you for contacting the U.S. Department of Education's office of Federal Student Aid. This message is in response to a discrepancy on your *Master Promissory Note* (MPN). Your case number is # 31688942. Please retain this number for reference.

The loan servicer can provide a copy of the MPN and it can also be located on your dashboard. We have enclosed the MPN as requested.
If you need more help or have any questions, reply to this email or contact us.

Sincerely,

Federal Student Aid

This email was sent by: Office of Federal Student Aid
U.S. Department of Education
400 Maryland Ave. SW,
Washington, DC, 20002, US

If you wish to contact us, please use the StudentAid.gov contact page. For more information about financial aid, visit StudentAid.gov.

--------------- Original Message ---------------
**From:** kiesha jones [joneskiesha060@gmail.com]
**Sent:** 10/6/2025, 5:59 PM

Case 1:25-CV-01613

--------------- Original Message ---------------
**From:** Federal Student Aid [customerservice@studentaid.gov]
**Sent:** 10/4/2025, 4:33 PM
**To:** jones.kiesha060@gmail.com
**Subject:** FSA Feedback Case: 31688942 thread::uoLujLhne4mKaftVZNIsZhg::



Docket No 25 CV1613
Judge Morle J.

10/4/2025

Hello Kiesha.

Thank you for contacting the U.S. Department of Education's office of Federal Student Aid regarding your feedback. We will respond and acknowledge receipt of your feedback within the next 15 days.

Your case number is 31688942 for reference.

This is an automatically generated e-mail; please do not reply.



CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

 kjones.zip
77K

ACO,NPROSE

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:25-cv-01613-NCM

| | |
|---|---|
| Jones v. Nelnet Educational Loan Network et al<br>Assigned to: Judge Natasha C. Merle<br>Cause: 28:1346 Breach of Contract | Date Filed: 03/24/2025<br>Jury Demand: None<br>Nature of Suit: 152 Contract: Recovery Student Loan<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Kiesha Jones**     represented by     **Kiesha Jones**
1646 Amsterdam Avenue
Apt. 2F
New York, NY 10031
PRO SE

V.

**Defendant**

**Nelnet Educational Loan Network**     represented by     **Barbara L. Seniawski**
Barbara Seniawski
157 Columbus Ave Fl 4
New York, NY 10023
212-595-4536
Email: barbara@seniawskilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Nelnet Educational Loan Network**     represented by     **Barbara L. Seniawski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**United States Department of Education**     represented by     **Edward K Newman**
United States Attorneys Office, Eastern District Of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820
718-254-6069
Email: edward.newman@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2025 | | **NOTICE: INCOMPLETE INITIAL CASE OPENING DOCUMENT SUBMISSION.**<br><br>Please file the Complaint, Civil Cover Sheet, Proposed Summons and pay the Civil Filing Fee for the following case so that it may be processed. **Initial Case Opening Documents Should be Filed at The Time a Case Number is generated!**<br><br>(CV) (Entered: 03/24/2025) |
| 03/24/2025 | 1 | NOTICE OF REMOVAL by United States Department of Education from Civil Court of State of New York, Kings County, case number CV 022485/23 KI. (Attachments: # 1 Exhibit A-Third Party Summons and Complaint Naming U.S. Dept. of Education as Third Party Defendant, # 2 Civil Cover Sheet) (Newman, Edward) (Entered: 03/24/2025) |
| 03/25/2025 | | Case Assigned to Judge Natasha C. Merle. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KD) (Entered: 03/25/2025) |
| 03/25/2025 | 2 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (KD) (Entered: 03/25/2025) |
| 03/25/2025 | | This case has been opened in the Eastern District of New York. If you plan to continue representing your client(s), you must be admitted to practice before this court. You must do so by applying for Pro Hac Vice or permanent admission. To apply for Pro Hac Vice admission, you must first register for an ECF login and password. Please visit the Court's website at www.nyed.uscourts.gov/attorney-admissions for guidance. Once registered, you must electronically file a Motion to Appear Pro Hac Vice. You must pay the required pro hac vice fee online. (KD) (Entered: 03/25/2025) |
| 03/25/2025 | 3 | NOTICE of Appearance by Barbara L. Seniawski on behalf of Nelnet Educational Loan Network (notification declined or already on case) (Seniawski, Barbara) (Entered: 03/25/2025) |
| 03/25/2025 | 4 | Corporate Disclosure Statement by Nelnet Educational Loan Network identifying Corporate Parent Nelnet, Inc. for Nelnet Educational Loan Network, Nelnet Educational Loan Network. (Seniawski, Barbara) (Entered: 03/25/2025) |
| 04/08/2025 | 6 | Letter dated 4/8/2025 from Kiesha Jones to Judge Merle re: "Asking the Judge to close or Discontinuing the case" (DLMP) (Entered: 04/10/2025) |
| 04/09/2025 | 5 | NOTICE To move forward with the hearing re: loan payment filed by Kiesha S. Jones (DLMP) (Entered: 04/09/2025) |
| 05/30/2025 | 7 | STATUS REPORT *and Request for Status Conference* by United States Department of Education (Newman, Edward) (Entered: 05/30/2025) |
| 06/01/2025 | 8 | Letter *supplementing ECF 7 re: availability for a status conference* by Nelnet Educational Loan Network (Seniawski, Barbara) (Entered: 06/01/2025) |

| | | |
|---|---|---|
| 06/02/2025 | | ORDER re 7 Status Report filed by United States Department of Education, 8 Letter filed by Nelnet Educational Loan Network -- The Court is in receipt of defendants' request "that the Court hold a status conference so the Plaintiff can set forth precisely what matter of relief Plaintiff is requesting." ECF No. 7 . Defendants' letters do not indicate whether they have conferred with plaintiff as to the relief she seeks. Accordingly, defendants are ordered to confer with plaintiff about her claims, including any necessary next steps, and how the parties intend to proceed. The parties shall submit a joint status report by June 16, 2025. Ordered by Judge Natasha C. Merle on 6/2/2025. (copy mailed). (AG) (Entered: 06/02/2025) |
| 06/16/2025 | 9 | Letter dated 6/16/2025 from Kiesha Jones to Judge Merle informing that the join status report will be send to the Defendant's counsel. (DLMP) (Entered: 06/16/2025) |
| 06/16/2025 | 10 | STATUS REPORT *ON MEET AND CONFER RE: PLAINTIFF'S CLAIM AND REQUEST FOR RELIEF* by Nelnet Educational Loan Network (Seniawski, Barbara) (Entered: 06/16/2025) |
| 06/17/2025 | | ORDER re 9 Letter, 10 Status Report filed by Nelnet Educational Loan Network -- The Court is in receipt of the parties' request for additional time to meet and confer in response to the Court's June 2, 2025 Order. ECF Nos. 9 , 10 . The parties' request is GRANTED. The parties shall submit a joint status report by June 27, 2025. Ordered by Judge Natasha C. Merle on 6/17/2025. (copy mailed). (AG) (Entered: 06/17/2025) |
| 06/27/2025 | 11 | STATUS REPORT by United States Department of Education (Newman, Edward) (Entered: 06/27/2025) |
| 06/30/2025 | | ORDER re 11 Status Report filed by United States Department of Education -- In light of the parties' joint status report 11 , plaintiff is directed to file a notice of voluntary dismissal by July 14, 2025. Ordered by Judge Natasha C. Merle on 6/30/2025. (copy mailed). (AG) (Entered: 06/30/2025) |
| 07/02/2025 | 12 | NOTICE Re: A case in Civil Court of Kings County as regards of a Bank loan approval, filed by Kiesha Jones. (DLMP) (Entered: 07/02/2025) |
| 07/03/2025 | 13 | Consent MOTION for Extension of Time to File *Stipulation of Settlement and Status Letter* by United States Department of Education. (Newman, Edward) (Entered: 07/03/2025) |
| 07/07/2025 | | **Incorrect Case/Document/Entry Information**. The pdf attached to DE # 13 references another case in this district (23-CV-01023 (LDH) (JAM) Mohamed et al v. United States of America et al), and has been filed on that docket. (AG) (Entered: 07/07/2025) |
| 07/16/2025 | | ORDER -- Pursuant to the Court's June 30, 2025 Order, plaintiff was directed to file a notice of voluntary dismissal by July 14, 2025. To date, plaintiff has not filed a notice of dismissal. Relatedly, plaintiff requests that defendants "provide documentation[ ] to the court," including the "bank approved letter for the student loan." ECF No. 12 . Accordingly, defendants are ordered to confer with plaintiff about the documentation she requests, including any necessary next steps, and how the parties intend to proceed. The parties shall file a joint status report by July 30, 2025 or the plaintiff shall file her notice of voluntary dismissal by July 30, 2025. Ordered by Judge Natasha C. Merle on 7/16/2025. (copy mailed). (AG) |

| | | |
|---|---|---|
| | | (Entered: 07/16/2025) |
| 07/24/2025 | 14 | NOTICE of Motion filed by Keisha Jones. (Attachments: # 1 Affirmation of Service, # 2 Affidavit) (ENE) (Entered: 07/25/2025) |
| 07/30/2025 | 15 | STATUS REPORT & REQUEST FOR STATUS CONFERENCE by Nelnet Educational Loan Network (Seniawski, Barbara) (Entered: 07/30/2025) |
| 08/01/2025 | | SCHEDULING ORDER re 15 Status Report filed by Nelnet Educational Loan Network -- A status conference will be held on August 12, 2025, at 10:30 a.m. by telephone. The parties are directed to call (571) 353-2301 five minutes before the scheduled start of the conference and use meeting ID 913 134 947. Ordered by Judge Natasha C. Merle on 8/1/2025. (copy mailed). (AG) (Entered: 08/01/2025) |
| 08/12/2025 | | Minute Entry for proceedings held before Judge Natasha C. Merle: Telephone Status Conference held on 8/12/2025. Appearances: plaintiff did not appear as required; Barbara Seniawski appeared on behalf of defendant Nelnet Educational Loan Network; and Edward Newman appeared on behalf of the United States. Case called. Discussion held. In accordance with the Court's Individual Practice Rules, defendants shall initiate dispositive motion practice by September 26, 2025. Plaintiff shall respond by October 3, 2025. (copy mailed w/NCM IPR). (Court Reporter Avery Armstrong.) (AG) (Entered: 08/12/2025) |
| 08/12/2025 | 16 | Letter to Judge Merle from Ms. Keisha Jones requesting to adjourn the status conference scheduled for August 12, 2025 at 10:30 by telephone. (JT) (Entered: 08/14/2025) |
| 08/15/2025 | | ORDER re 16 Letter filed by Ms. Keisha Jones -- The Court is in receipt of plaintiff's request to reschedule the status conference previously held without plaintiff's appearance on August 12, 2025 at 10:30 a.m. because plaintiff "thought the conference call was suppose[d] to start around 11:00 a.m." ECF No. 16 . Plaintiff's request is denied. As ordered at the August 12 conference, plaintiff shall respond to defendants' pre-motion conference letters seeking to move to dismiss her case, due September 26, 2025, by October 3, 2025. Moreover, plaintiff is reminded that pursuant to Rule I.F.1 of this Court's Individual Practice Rules, requests for adjournments must be made at least two business days prior to the scheduled date and state the adversary's position, the reason for the request, the number of previous requests, whether those requests were granted or denied, and whether the adjournment or extension of time affects any other scheduled dates. Ordered by Judge Natasha C. Merle on 8/15/2025. (copy mailed w/NCM IPR). (AG) (Entered: 08/15/2025) |
| 09/26/2025 | 17 | NOTICE requesting to review motion September 30,2025 at 1:00 pm filed by Kiesha Jones. (ENE) (Entered: 09/26/2025) |
| 09/26/2025 | 18 | Letter *Requesting Premotion Conference* by United States Department of Education (Attachments: # 1 Appendix 1-L.R. 56.1 Statement) (Newman, Edward) Modified on 9/29/2025 (AG). (Entered: 09/26/2025) |
| 09/26/2025 | 19 | MOTION for pre motion conference *(FRCP 56) and request for dismissal under FRCP 21* by Nelnet Educational Loan Network. (Attachments: # 1 Rule 56.1 Statement) (Seniawski, Barbara) (Entered: 09/26/2025) |
| 10/02/2025 | 20 | Letter from Kiesha Jones requesting two weeks til October 16, 2025, to do a finalize review of case with legal representative. (ENE) (Entered: 10/03/2025) |

| 10/08/2025 | | ORDER re 20 Letter from Kiesha Jones -- The Court is in receipt of plaintiff's letter requesting time "to do a final[] review of [her] case with [a] legal representative or lawyer." ECF No. 20 . In light of plaintiff's pro se status, the Court construes her letter as a request for an extension of time to respond to defendants' requests for a pre motion conference. ECF Nos. 18 , 19 . Plaintiff's request is granted. Plaintiff's time to respond to defendants' motions for a pre motion conference is extended to October 16, 2025. The Clerk of Court is respectfully directed to mail a copy of this Order and defendants' letter motions, ECF Nos. 18 , 19 , and to note the mailing on the docket. (copies mailed as directed). Ordered by Judge Natasha C. Merle on 10/8/2025. (ICS) (Entered: 10/08/2025) |